# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

THE CINCINNATI INSURANCE COMPANY,   )
                                  )
               Plaintiff,         )
    v.                              )        No. 06 C 5833
                                    )
UBM, INC.; 69 West Washington Management  )
Company, L.L.C.; Aargus Security Systems, Inc. )    Judge Gottschall
Cooper Lighting, Inc.; Environmental Systems  )
Design, Inc.; Folgers Architects Limited; Howard )
Industries, Inc.; JM Polcurr, Inc.; Imperial  )
Maintenance Co.; Simplex Grinnell, LP; Sarah S. )
Zavala-Belsis, Wheeler E. Chapman; Lori  )
Eyman; Joshua Eyman; Sherryl A. Fox; Edward )
Fox; Mary Russell Gardner; McNair Grant;  )
Vernita Gray; Karen Griffin; Eugene Griffin;  )
Luis Hernandez; Yvette Hernandez; Christine  )
Konopka; Bette Lichaw, Winnifred McDonald;  )
Carol Melton; John Melton; Meribeth Mermall;  )
Leslie Page Piper; Randall D. Roberts; Margaret )
W. Roberts; Jill Runk; Margaret D. Salvatori;  )
Jody Schneiderman; Ann Marie Slater; Chloe  )
Johnson-Vinion; Stanislaw Zajac,  )
                                   )
           Defendants.      )

## NOTICE OF FILING

TO:    **See Attached Service List**

      PLEASE TAKE NOTICE that on   __2 · 9 ·__   , 2007, we have electronically filed with the Clerk of the United States District Court the attached **City of Chicago's Answer To The Cincinnati Ins. Company's Complaint For Declaratory Judgment**.

                        Dated: February 5, 2007

                        CITY OF CHICAGO, a Municipal Corporation

           By:    __/s/ Kathleen S. Wengel__
                  Kathleen S. Wengel, #2983273

## PROOF OF SERVICE

I, the undersigned, certify that I served the attached **City of Chicago's Answer To The Cincinnati Ins. Company's Complaint For Declaratory Judgment** by electronic filing on _____, 2007.

By: _____
Darwin Olortegui, Supervising Paralegal

Mara S. Georges, Corporation Counsel
Matthew Hurd, Deputy Corporation Counsel
Kathleen S. Wengel, Senior Counsel
City of Chicago Law Department
30 N. LaSalle St., #800
Chicago, IL 60602
312-744-0419

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06 C 5833 |
| | ) | |
| UBM, INC.; 69 West Washington Management | ) | |
| Company, L.L.C.; Aargus Security Systems, Inc. | ) | Judge Gottschall |
| Cooper Lighting, Inc.; Environmental Systems | ) | |
| Design, Inc.; Folgers Architects Limited; Howard | ) | |
| Industries, Inc.; JM Polcurr, Inc.; Imperial | ) | |
| Maintenance Co.; Simplex Grinnell, LP; Sarah S. | ) | |
| Zavala-Belsis, Wheeler E. Chapman; Lori | ) | |
| Eyman; Joshua Eyman; Sherryl A. Fox; Edward | ) | |
| Fox; Mary Russell Gardner; McNair Grant; | ) | |
| Vernita Gray; Karen Griffin; Eugene Griffin; | ) | |
| Luis Hernandez; Yvette Hernandez; Christine | ) | |
| Konopka; Bette Lichaw, Winnifred McDonald; | ) | |
| Carol Melton; John Melton; Meribeth Mermall; | ) | |
| Leslie Page Piper; Randall D. Roberts; Margaret | ) | |
| W. Roberts; Jill Runk; Margaret D. Salvatori; | ) | |
| Jody Schneiderman; Ann Marie Slater; Chloe | ) | |
| Johnson-Vinion; Stanislaw Zajac, | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S ANSWER TO THE CINCINNATI INS.**
**COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT**

The City of Chicago, by and through its attorneys, Mara S. Georges, Corporation Counsel,

and Kathleen S. Wengel, Senior Counsel, in answer to Plaintiff's Complaint for Declaratory

Judgment, states as follows:

**The Parties**

1.       Defendant lacks sufficient knowledge either to admit or to deny the allegations

contained in paragraph 1 of the Complaint.

2.      Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 2 of the Complaint.

3.      Defendant admits the allegations contained in paragraph 3 of the Complaint.

4.      Defendant admits the allegations contained in paragraph 4 of the Complaint.

5.      Defendant admits the allegations contained in paragraph 5 of the Complaint.

6.      Defendant admits the allegations contained in paragraph 6 of the Complaint.

7.      Defendant admits the allegations contained in paragraph 7 of the Complaint.

8.      Defendant admits the allegations contained in paragraph 8 of the Complaint.

9.      Defendant admits the allegations contained in paragraph 9 of the Complaint.

10.     Defendant admits the allegations contained in paragraph 10 of the Complaint.

11.     Defendant admits the allegations contained in paragraph 11 of the Complaint.

12.     Defendant admits the allegations contained in paragraph 12 of the Complaint.

13.     Defendant admits the allegations contained in paragraph 13 of the Complaint.

14.     Defendant admits the allegations contained in paragraph 14 of the Complaint.

15.     Defendant admits the allegations contained in paragraph 15 of the Complaint.

16.     Defendant admits the allegations contained in paragraph 16 of the Complaint.

17.     Defendant admits the allegations contained in paragraph 17 of the Complaint.

18.     Defendant admits the allegations contained in paragraph 18 of the Complaint.

19.     Defendant admits the allegations contained in paragraph 19 of the Complaint.

20.     Defendant admits the allegations contained in paragraph 20 of the Complaint.

21.     Defendant admits the allegations contained in paragraph 21 of the Complaint.

22.     Defendant admits the allegations contained in paragraph 22 of the Complaint.

23.     Defendant admits the allegations contained in paragraph 23 of the Complaint.

24.     Defendant admits the allegations contained in paragraph 24 of the Complaint.

25.     Defendant admits the allegations contained in paragraph 25 of the Complaint.

26.     Defendant admits the allegations contained in paragraph 26 of the Complaint.

27.     Defendant admits the allegations contained in paragraph 27 of the Complaint.

28.     Defendant admits the allegations contained in paragraph 28 of the Complaint.

29.     Defendant admits the allegations contained in paragraph 29 of the Complaint.

30.     Defendant admits the allegations contained in paragraph 30 of the Complaint.

31.     Defendant admits the allegations contained in paragraph 31 of the Complaint.

32.     Defendant admits the allegations contained in paragraph 32 of the Complaint.

33.     Defendant admits the allegations contained in paragraph 33 of the Complaint.

34.     Defendant admits the allegations contained in paragraph 34 of the Complaint.

35.     Defendant admits the allegations contained in paragraph 35 of the Complaint.

36.     Defendant admits the allegations contained in paragraph 36 of the Complaint.

37.     Defendant admits the allegations contained in paragraph 37 of the Complaint.

38.     Defendant admits the allegations contained in paragraph 38 of the Complaint.

### Jurisdiction and Venue

39.     Defendant admits the allegations contained in paragraph 39 of the Complaint.

40. Defendant admits the allegations contained in paragraph 40 of the Complaint.

## The Stern Corporation Sub-Contract

41. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 41 of the Complaint.

42. The City of Chicago admits that a portion of a sub-contract is attached as Ex. 1, but can neither admit nor deny its authenticity.

43. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 43 of the Complaint.

44. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 44 of the Complaint.

45. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 45 of the Complaint.

46. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 46 of the Complaint.

47. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 47 of the Complaint.

## The Underlying Lawsuits

48. (first page) Defendant admits the allegations contained in paragraph 48 of the Complaint.

49. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 49 of the Complaint.

4

50.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 50 of the Complaint.

51.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 51 of the Complaint.

52.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 52 of the Complaint.

53.     (first page) Defendant admits the allegations contained in paragraph 53 of the Complaint.

54.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 54 of the Complaint.

55.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 55 of the Complaint.

56.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 56 of the Complaint.

57.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 57 of the Complaint.

58.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 58 of the Complaint.

59.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 59 of the Complaint.

60.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 60 of the Complaint.

61.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 61 of the Complaint.

62.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 62 of the Complaint.

63.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 63 of the Complaint.

64.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 64 of the Complaint.

65.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 65 of the Complaint.

66.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 66 of the Complaint.

67.     (first page) Defendant admits the allegations contained in paragraph 67 of the Complaint.

68.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 68 of the Complaint.

69.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 69 of the Complaint.

70.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 70 of the Complaint.

71.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 71 of the Complaint.

72.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 72 of the Complaint.

73.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 73 of the Complaint.

74.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 74 of the Complaint.

75.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 75 of the Complaint.

76.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 76 of the Complaint.

77.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 77 of the Complaint.

78.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 78 of the Complaint.

79.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 79 of the Complaint.

80. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 80 of the Complaint.

81. (first page) Defendant admits the allegations contained in paragraph 81 of the Complaint.

82. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 82 of the Complaint.

83. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 83 of the Complaint.

84. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 84 of the Complaint.

85. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 85 of the Complaint.

86. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 86 of the Complaint.

87. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 87 of the Complaint.

88. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 88 of the Complaint.

89. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 89 of the Complaint.

90. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 90 of the Complaint.

91. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 91 of the Complaint.

92. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 92 of the Complaint.

93. (first page) Defendant admits the allegations contained in paragraph 93 of the Complaint.

94. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 94 of the Complaint.

95. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 95 of the Complaint.

96. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 96 of the Complaint.

97. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 97 of the Complaint.

98. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 98 of the Complaint.

99. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 99 of the Complaint.

100.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 100 of the Complaint.

101.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 101 of the Complaint.

102.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 102 of the Complaint.

103.    (first page) Defendant admits the allegations contained in paragraph 103 of the Complaint.

104.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 104 of the Complaint.

105.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 105 of the Complaint.

106.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 106 of the Complaint.

107.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 107 of the Complaint.

108.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 108 of the Complaint.

109.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 109 of the Complaint.

110.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 110 of the Complaint.

111.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 111 of the Complaint.

112.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 112 of the Complaint.

113.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 113 of the Complaint.

114.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 114 of the Complaint.

115.     (first page) Defendant admits the allegations contained in paragraph 115 of the Complaint.

116.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 116 of the Complaint.

117.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 117 of the Complaint.

118.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 118 of the Complaint.

119.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 119 of the Complaint.

120. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 120 of the Complaint.

121. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 121 of the Complaint.

122. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 122 of the Complaint.

123. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 123 of the Complaint.

124. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 124 of the Complaint.

125. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 125 of the Complaint.

126. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 126 of the Complaint.

127. (first page) Defendant admits the allegations contained in paragraph 127 of the Complaint.

128. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 128 of the Complaint.

129. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 129 of the Complaint.

130.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 130 of the Complaint.

131.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 131 of the Complaint.

132.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 132 of the Complaint.

133.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 133 of the Complaint.

134.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 134 of the Complaint.

135.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 135 of the Complaint.

136.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 136 of the Complaint.

137.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 137 of the Complaint.

138.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 138 of the Complaint.

139.    (first page) Defendant admits the allegations contained in paragraph 139 of the Complaint.

140. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 140 of the Complaint.

141. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 141 of the Complaint.

142. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 142 of the Complaint.

143. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 143 of the Complaint.

144. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 144 of the Complaint.

145. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 145 of the Complaint.

146. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 146 of the Complaint.

147. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 147 of the Complaint.

148. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 148 of the Complaint.

149. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 149 of the Complaint.

150. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 150 of the Complaint.

151. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 151 of the Complaint.

152. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 152 of the Complaint.

153. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 153 of the Complaint.

154. (first page) Defendant admits the allegations contained in paragraph 154 of the Complaint.

155. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 155 of the Complaint.

156. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 156 of the Complaint.

157. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 157 of the Complaint.

158. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 158 of the Complaint.

159. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 159 of the Complaint.

160.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 160 of the Complaint.

161.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 161 of the Complaint.

162.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 162 of the Complaint.

163.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 163 of the Complaint.

164.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 164 of the Complaint.

165.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 165 of the Complaint.

166.    (first page) Defendant admits the allegations contained in paragraph 166 of the Complaint.

167.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 167 of the Complaint.

168.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 168 of the Complaint.

169.    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 169 of the Complaint.

170.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 170 of the Complaint.

171.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 171 of the Complaint.

172.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 172 of the Complaint.

173.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 173 of the Complaint.

174.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 174 of the Complaint.

175.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 175 of the Complaint.

176.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 176 of the Complaint.

177.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 177 of the Complaint.

178.     (first page) Defendant admits the allegations contained in paragraph 178 of the Complaint.

179.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 179 of the Complaint.

180. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 180 of the Complaint.

181. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 181 of the Complaint.

182. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 182 of the Complaint.

183. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 183 of the Complaint.

184. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 184 of the Complaint.

185. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 185 of the Complaint.

186. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 186 of the Complaint.

187. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 187 of the Complaint.

188. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 188 of the Complaint.

189. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 189 of the Complaint.

190. (first page) Defendant admits the allegations contained in paragraph 190 of the Complaint.

191. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 191 of the Complaint.

192. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 192 of the Complaint.

193. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 193 of the Complaint.

194. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 194 of the Complaint.

195. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 195 of the Complaint.

196. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 196 of the Complaint.

197. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 197 of the Complaint.

198. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 198 of the Complaint.

199. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 199 of the Complaint.

200. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 200 of the Complaint.

201.[sic]    Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 201 of the Complaint.

202. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 202 of the Complaint.

203. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 203 of the Complaint.

204. (first page) Defendant admits the allegations contained in paragraph 204 of the Complaint.

205. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 205 of the Complaint.

206. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 206 of the Complaint.

207. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 207 of the Complaint.

208. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 208 of the Complaint.

209. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 209 of the Complaint.

210.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 210 of the Complaint.

211.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 211 of the Complaint.

212.     (first page) Defendant admits the allegations contained in paragraph 212 of the Complaint.

213.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 312 of the Complaint.

214.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 214 of the Complaint.

215.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 215 of the Complaint.

216.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 216 of the Complaint.

104.     (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 104 of the Complaint.

105.     (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 105 of the Complaint.

106.     (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 106 of the Complaint.

107.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 107 of the Complaint.

108.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 108 of the Complaint.

109.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 109 of the Complaint.

110.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 110 of the Complaint.

111.    (sic)  Defendant admits the allegations contained in paragraph 111 of the Complaint. (first page)

112.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 112 of the Complaint.

113.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 113 of the Complaint.

114.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 114 of the Complaint.

115.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 115 of the Complaint.

116.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 116 of the Complaint.

117.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 117 of the Complaint.

118.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 118 of the Complaint.

119.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 119 of the Complaint.

120.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 120 of the Complaint. ·

121.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 121 of the Complaint.

122.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 122 of the Complaint.

123.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 123 of the Complaint.

124.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 124 of the Complaint.

125.    (sic)  Defendant admits the allegations contained in paragraph 125 of the Complaint.  (first page)

127.    (sic)  Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 126 of the Complaint.

218.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 218 of the Complaint.

219.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 219 of the Complaint.

220.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 220 of the Complaint.

221.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 221 of the Complaint.

222.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 222 of the Complaint.

223.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 223 of the Complaint.

224.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 224 of the Complaint.

225.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 225 of the Complaint.

226.     (first page) Defendant admits the allegations contained in paragraph 226 of the Complaint.

227.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 227 of the Complaint.

228.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 228 of the Complaint.

229.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 229 of the Complaint.

230.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 230 of the Complaint.

231.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 231 of the Complaint.

232.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 232 of the Complaint.

233.     (first page) Defendant admits the allegations contained in paragraph 233 of the Complaint.

234.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 234 of the Complaint.

235.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 235 of the Complaint.

236.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 236 of the Complaint.

237.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 237 of the Complaint.

238. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 238 of the Complaint.

239. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 239 of the Complaint.

240. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 240 of the Complaint.

241. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 241 of the Complaint.

242. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 242 of the Complaint.

243. (first page) Defendant admits the allegations contained in paragraph 243 of the Complaint.

244. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 244 of the Complaint.

245. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 245 of the Complaint.

246. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 246 of the Complaint.

247. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 247 of the Complaint.

248.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 248 of the Complaint.

249.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 249 of the Complaint.

250.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 250 of the Complaint.

251.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 251 of the Complaint.

252.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 252 of the Complaint.

253.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 253 of the Complaint.

254.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 254 of the Complaint.

255.     (first page) Defendant admits the allegations contained in paragraph 255 of the Complaint.

256.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 256 of the Complaint.

257.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 257 of the Complaint.

27

258. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 258 of the Complaint.

259. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 259 of the Complaint.

260. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 260 of the Complaint.

261. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 261 of the Complaint.

262. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 262 of the Complaint.

263. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 263 of the Complaint.

264. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 264 of the Complaint.

265. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 265 of the Complaint.

266. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 266 of the Complaint.

267. (first page) Defendant admits the allegations contained in paragraph 267 of the Complaint.

268. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 268 of the Complaint.

269. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 269 of the Complaint.

270. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 270 of the Complaint.

271. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 271 of the Complaint.

272. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 272 of the Complaint.

273. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 273 of the Complaint.

274. (first page)   Defendant admits the allegations contained in paragraph 274 of the Complaint.

275. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 274 of the Complaint.

276. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 276 of the Complaint.

277. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 277 of the Complaint.

278. Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 278 of the Complaint.

## The Policies of Insurance

279. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

280. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

281. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

282. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

283. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

284. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

285. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

286. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

287. The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

288.     The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

289.     The City of Chicago admits that a copy of a policy is attached, but can neither admit nor deny its authenticity.

## The Denial of Coverage

290.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 290 of the Complaint.

291.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 291 of the Complaint.

292.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 292 of the Complaint.

293.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 293 of the Complaint.

294.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 294 of the Complaint.

295.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 295 of the Complaint.

296.     Defendant lacks sufficient knowledge either to admit or to deny the allegations contained in paragraph 296 of the Complaint.

297.     Defendant admits the allegations contained in paragraph 297 of the Complaint.

Wherefore, the City of Chicago respectfully requests that this Honorable Court dismiss this cause with prejudice.

Respectfully submitted,

CITY OF CHICAGO, a Municipal Corporation
MARA S. GEORGES, Corporation Counsel

By:      /s/ KATHLEEN S. Wengel
         Kathleen S. Wengel, #2983273
         Senior Counsel

MARA S. GEORGES
Corporation Counsel
MATTHEW HURD
Deputy Corporation Counsel
KATHLEEN S. WENGEL
Senior Counsel
30 North LaSalle St., Suite 800
Chicago, IL 60602
(312) 744-0419
Atty. No. 90909