# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRUCT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMAPNY | ) | |
| | ) | No.    06 C 5833 |
| Plaintiff, | ) | |
| | ) | Judge Gottshall |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| UBM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENVIRONMENTAL SYSTEMS DESIGNS INC.'S ANSWER TO CINCINNATI INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES Defendant, Environmental Systems Designs, Inc. ("ESD"), by and through its attorneys, Stein, Ray & Harris LLP, and for its Answer to Cincinnati Insurance Company's Complaint for Declaratory Judgment, states as follows:

1. ESD makes no answer to the allegations contained in the Complaint for Declaratory Judgment as they are not directed at ESD. To the extent any allegations in the Complaint for Declaratory Judgment are directed against it, ESD denies those allegations.

Dated:   March 19, 2007

Respectfully submitted,

**ENVIRONMENTAL SYSTEMS DESIGNS, INC.**

By:_____/s/ Charles H. Wahtola_____

One of its Attorneys
Steven G. M. Stein
Michael J. Kelly
Charles H. Wahtola
Stein, Ray & Harris LLP
222 W. Adams, Suite 1800
Chicago, Illinois 60606
(312) 641-3700
Firm No. 28774